IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN 22 P 2: 53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CR. NO. 2:06CR162-CSC |
| | ) (18 U.S.C. 641) |
| TERESA L LANKEY | ) |
| | ) INFORMATION |
| | ) |

The United States Attorney charges:

### COUNT

On or about the 3rd day of May 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **TERESA L LANKEY** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*/s/ Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*/s/ Neal B. Frazier*
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

STATE OF ALABAMA                    )
                                    )           **AFFIDAVIT**
COUNTY OF MONTGOMERY                )

The undersigned, being first duly sworn, deposes and says:

I, CURTIS DENNIS, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 3 May 2006, via closed circuit video monitors, I observed TERESA L LANKEY put a pair of earrings in her pocket. LANKEY then left the store without paying for the earrings in her pocket. I detained her in the lobby and escorted her to the manager's office. Security forces responded. A subsequent search found a pair of Nine West earrings valued at $17.50 in her right front pocket.

_____
CURTIS DENNIS

Subscribed and sworn to before me this ___17th___ day of ___June___, 2006.

_____
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS