| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** JULY 11, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **FTR RECORDED:** 10:35 A.M. - 10:38 A.M. |

- √ INITIAL APPEARANCE
- ❏ BOND HEARING
- ❏ DETENTION HEARING
- ❏ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ❏ PRELIMINARY EXAMINATION

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*     **DEPUTY CLERK:** *WANDA STINSON*

**CASE NO.** *2:06CR162-CSC*     **NAME:** *TERESA L. LANKEY*

**AUSA:** *NEAL B. FRAZIER*     **DEFT. ATTY:** *CHRISTINE FREEMAN*
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO

**USPO:** _____

Defendant ____ does √ does NOT need an interpreter. Interpreter Name: _____

---

| | | |
|---|---|---|
| ❏ | kars. | Date of Arrest _____ or ❏ karsr40 |
| √ | kia. | Deft. First Appearance. Advised of rights/charges. ❏ Pro/Sup Rel Violator |
| √ | kcnsl. | Deft. First Appearance with Counsel |
| ❏ | | Deft. First Appearance without Counsel |
| ❏ | | Requests to appoint Counsel. √ ORAL MOTION |
| √ | kfinaff. | Financial Affidavit executed ❏ to be obtained by PTSO |
| √ | koappted | ORAL ORDER appointing Community Defender Organization |
| √ | | CONSENT to Proceed before Magistrate Judge executed. |
| ❏ | kbnd. | ❏ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR) |
| | | ❏ BOND EXECUTED _____ (R.40 charges) - deft to report to originating district as ordered. |
| √ | karr. | ARRAIGNMENT ❏ SET FOR: _____ √ HELD. Plea of NOT GUILTY entered. |
| | | √ Set for 9/11/06 Trial Term.   PRETRIAL CONFERENCE DATE: _____ |
| | | DISCOVERY DISCLOSURES DATE: 7/11/06 |
| ❏ | krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel |