IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-CR-162-CSC** |
| ) | |
| **TERESA L. LANKEY** ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **TERESA L. LANKEY**, in the above-styled matter.

Dated this 12th day of July 2006.

                                    Respectfully submitted,

                                    **s/Christine A. Freeman**
                                    **CHRISTINE A. FREEMAN**
                                    **TN BAR NO.: 11892**
                                    Attorney for Defendant
                                    Federal Defenders
                                    Middle District of Alabama
                                    201 Monroe Street, Suite 407
                                    Montgomery, AL 36104
                                    TEL:  (334) 834-2099
                                    FAX:  (334) 834-0353
                                    E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-162-CSC** |
| | ) | |
| **TERESA L. LANKEY** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Neal B. Frazier, Esq., Special Assistant United States Attorney, 50 LeMay Plaza South, Maxwell AFB, AL 36112.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org