**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-162-CSC** |
| | ) | |
| **TERESA L. LANKEY** | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

**COMES NOW** the Defendant, Teresa Lankey, by and through undersigned counsel,

and notifies the Court of her intent to change her previously entered plea of not guilty to

guilty.  The Defendant waives her right to plead in front of a district judge and consents to

do so before a magistrate judge.   The Defendant requests that the plea of guilty be set for

hearing on Friday, September 1, 2006, on or after 3:30 p.m., due to Mrs. Lankey's work

schedule.

Respectfully submitted;

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Counsel for Teresa Lankey
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

the following: Neal B. Frazier, Esq., Special Assistant United States Attorney, 50 LeMay

Plaza South, Maxwell AFB, AL 36112.

<u>**s/Christine A. Freeman**</u>
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Teresa Lankey
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org