IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:06CR162-CSC |
| | ) | |
| TERESA L. LANKEY | ) | |

**ORDER**

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #10) filed on August 25, 2006, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **September 1, 2006**, at **4:00 p.m.,** in **courtroom 4B**, Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 25th day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE