| | | | |
|---|---|---|---|
| COURTROOM DEPUTY MINUTES | DATE: 9/1/06 | | TAPE RECORDING: 3:59 - 4:09 |
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: | | |

❏ ARRAIGNMENT    √ CHANGE OF PLEA    ❏ CONSENT PLEA

❏ RULE 44(c) HEARING    ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*    **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** 2:06cr162-CSC    **DEFENDANT NAME:** *Teresa L. Lankey*

**AUSA:** Neal B. Frazier    **DEFENDANT ATTY:** Christine A. Freeman

Type Counsel:    ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:** _____

Defendant _____ does ___x___ does NOT need and interpreter.

Interpreter present? ___x___ NO  _____ YES    Name: _____

---

❏ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❏ WAIVER OF INDICTMENT executed and filed.

❏ MISDEMEANOR INFORMATION filed.

❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty    ❏ Nol Contendere

❏ Not Guilty by reason of insanity

√ Guilty as to:

√ Count(s) __1__ of the Misdemeanor Information.

❏ Count(s) _____ ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

❏ No Plea Agreement entered.

❏ Written plea agreement filed.  √ **OPEN/ORAL** Plea Agreement.  ❏ **ORDERED SEALED.**

√ **ORAL ORDER Accepting Guilty Plea: Adjudicating Defendant Guilty as to Count l of the Information**

√ **Defendant executed Appearance Bond in the amount of $1,000.00.**

❏ summons; for:

❏ Trial on _____;  ❏ Sentencing on _____  ❏ _____ Bond  ❏ to be set by Separate Order

❏ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or  ❏ Sentencing on _____  ❏ set by separate Order.

Rule 44 Hearing:    ❏ Waiver of Conflict of Interest Form executed.

❏ Detention requests time to secure new counsel.