COURTROOM DEPUTY MINUTES
MIDDLE DISTRICT OF ALABAMA

DATE: __SEPT. 25, 2006__

FTR: RECORDED:   9:35 a.m. to 9:39 a.m.

❏ **ARRAIGNMENT**   ❏ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**   √ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*     **DEPUTY CLERK:** *WANDA STINSON*

**CASE NUMBER:** *2:06CR162-CSC*     **DEFENDANT:** *TERESA L. LANKEY*

**AUSA:** *NEAL B. FRAZIER*     **DEFENDANT ATTY:** *CHRISTINE FREEMAN*

Type Counsel: ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  ( ) CDO

**USPO:** __AL LANCASTER__

Defendant _____ does __√__ does NOT need and interpreter. Name: _____

---

( √ ) COURT PROCEEDING: **SENTENCING**

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** Sentencing Hrg: 2:06cr162-CSC USA v. Teresa Lankey
**Date:** 9/25/2006
**Location:** Courtroom 4B

| Time | Speaker | Note |
|---|---|---|
| 9:36:04 AM | USA v. Lankey | Parties present as noted above; Sentencing begins; Discussion as to the presentence report; There are no objections to the contents of the report; The court adopts the factual statements contained in the report as stated; |
| 9:37:02 AM | Atty. Freeman | Addresses the court as to the plea agreement states that a $200 fine be paid; Deft as already paid $200 fine to the base exchange store; We asked that the court accept the plea agreement; |
| 9:37:31 AM | Court | The court will accept the plea agreement; Sentence is now stated: 6 mos. Probation; $25 SA; $200 Fine and the mandatory conditions; Are there any objections to the sentence or the manner in which it is stated; |
| 9:38:20 AM | Atty. Freeman | No sir; |
| 9:38:23 AM | Court | Sentence is imposed as stated. Deft advised of right to appeal; |
| 9:38:48 AM | USPO Al Lancaster | Request that the mandatory drug testing be waived; Deft has no prior drug history; |
| 9:38:57 AM | Court | The court waives the condition requiring drug treatment or testing; |
| 9:39:05 AM | Court | Court is recessed. |

09/25/06 10:21:15